**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 43,462

Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. CV-98-6917-RMT (Ex) |
| Plaintiff, | ~~[PROPOSED]~~ RENEWAL OF DEFAULT JUDGMENT |
| vs. | |
| TAQUERIA LOS COYOTES, AND EDUARDO RAMIREZ, individually and d/b/a TAQUERIA LOS COYOTES. | |
| Defendants. | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendants TAQUERIA LOS COYOTES, AND EDUARDO RAMIREZ, individually and d/b/a TAQUERIA LOS COYOTES, entered on 7/27/99 (copy attached) be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $4,600.00 |
| b. | Costs after judgment | $ -0- |
| c. | Attorneys fees: | $ -0- |
| d. | Subtotal (*add a and b*) | $4,600.00 |

| | | |
|---|---|---|
| e. Credits after judgment | | $ -0- |
| f. Subtotal (*subtract d from c*) | | $4,600.00 |
| g. Interest after judgment | | $1,150.00 |
| h. Fee for filing renewal application | | $ -0- |
| i. **Total renewed judgment** *(add e. 5. and g)* | | $5,750.00 |

Lori Muraoka

DATED: _____09/09/08_____        CLERK, by _____,
                                 Deputy

F:\USERS\DJCNEW\loscoyotes.renewal

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV-98-6917-RMT (Ex)

2